Commonwealth *v.* Pokrandt, Appellant.

Submitted September 19, 1973. *Richard Pokrandt,* appellant, in propria persona; *Murray Mackson,* First Assistant District Attorney, and *John Deutsch,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Pope, Appellant.

Submitted September 10, 1973. *William K. Sayer* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *James J. Wilson* and *David Richman,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.